

**FILED**
12/18/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

15-mc-1895 (ESH)

IN RE: MCCORMICK & COMPANY, INC.,
PEPPER PRODUCTS MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 2665

(SEE ATTACHED SCHEDULE)

**FILED**

DEC 17 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CONDITIONAL TRANSFER ORDER (CTO –1)

On December 8, 2015, the Panel transferred 4 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Ellen Segal Huvelle.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Huvelle.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Ellen Segal Huvelle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted

Dec 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MCCORMICK & COMPANY, INC.,
PEPPER PRODUCTS MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 2665

SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| FLORIDA SOUTHERN | | | |
| FLS | 9 | 15-81521 | Pellitteri et al v. McCormick & Company, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 15-08102 | Vladimirsky et al v. McCormick and Company, Incorporated et al |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 15-00989 | Bittle v. McCormick & Co. Inc. |
| ILS | 3 | 15-01224 | Barnes v. McCormick & Co. Inc |
| ILS | 3 | 15-01228 | Theis v. McCormick & Co., Inc. |
| MISSOURI EASTERN | | | |
| MOE | 4 | 15-01340 | Linker v. McCormick & Co., Inc. |
| NEVADA | | | |
| NV | 3 | 15-00566 | Thornton v. McCormick & Company, Inc. |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 15-06760 | Ferreri v. McCormick & Company, Incorporated |

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By_____
Deputy Clerk